211 So.2d 927

**John Henry COLEMAN and Otis Stephens**

v.

**STATE.**

**6 Div. 590.**

Supreme Court of Alabama.

June 20, 1968.

Tarter & Wininger, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. F. Miller, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of John Henry Coleman and Otis Stephens for certiorari to the Court of Appeals to review and revise the judgment and decision in Coleman et al. v. State, 44 Ala.App. 429, 211 So.2d 917.

Writ denied.

LIVINGSTON, C. J., and LAWSON and HARWOOD, JJ., concur.

210 So.2d 688

**James L. CRAWFORD, Sr.**

v.

**STATE.**

**8 Div. 290.**

Supreme Court of Alabama.

May 23, 1968.

Ralph E. Slate, Decatur, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of James L. Crawford, Sr., for certiorari to the Court of Appeals to review and revise the judgment and decision in Crawford v. State, 44 Ala.App. 393, 210 So.2d 685.

Writ denied.

LIVINGSTON, C. J., and COLEMAN and KOHN, JJ., concur.

212 So.2d 692

**George Alvin CURTIS**

v.

**STATE.**

**8 Div. 313.**

Supreme Court of Alabama.

July 25, 1968.

Ralph E. Slate, Decatur, for petitioner.

MacDonald Gallion, Atty. Gen., and Carl E. Watson, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of George Alvin Curtis for certiorari to the Court of Appeals to review and revise the judgment and decision in Curtis v. State, 44 Ala.App. 446, 212 So.2d 689.

Writ denied.

LIVINGSTON, C. J., and MERRILL and KOHN, JJ., concur.